UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

IN RE:                                    CASE NO. 07-30922-PNS3
                                          CHAPTER 13
DEBORAH ANNE MESTREZAT


            Debtor(s)         /

           **CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
                   <u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381542 in the amount of 15.82 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| DEBORAH ANNE MESTREZAT | CHEVRON CREDIT BANK, N.A. |
| 1184 SADDLE CREEK DRIVE | 2001 DIAMOND BLVD. |
| FT. WALTON BEACH, FL 32547 | P.O. BOX 5010, SECT. 230 |
| | CONCORD, CA 94524-0010 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
11/30/2009  2:46 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE