UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 07-30922-PNS3
                                          CHAPTER 13
DEBORAH ANNE MESTREZAT

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 408611 in the amount of 17.12 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DEBORAH ANNE MESTREZAT  
210 SOUTHLAND STATION DRIVE,  
APT 138  
WARNER ROBBINS, GA 31088

CHEVRON CREDIT BANK, N.A.  
2001 DIAMOND BLVD.  
P.O. BOX 5010, SECT. 230  
CONCORD, CA 94524-0010

AND

LEWIS & JURNOVOY, P.A.  
1100 NORTH PALAFOX STREET  
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
2/25/2011  1:50 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```